IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                    CRIMINAL ACTION NO. 2:92-00020

**DIMIDROFF HALEY**

### MEMORANDUM OPINION AND ORDER

On March 18, 2019, counsel for defendant filed a memorandum addressing defendant's eligibility for a reduced sentence under the First Step Act. (ECF No. 224). Counsel for defendant argues that defendant is eligible for a reduction and that the court should schedule a full sentencing to determine the extent of any reduction. The United States is hereby **ORDERED** to file a response to defendant's memorandum no later than April 2, 2019.

The court **DIRECTS** the Clerk to send a copy of this Order to the Federal Public Defender, the United States Attorney, the United States Probation Office, and the United States Marshal.

**IT IS SO ORDERED** this 20th of March, 2019.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge